

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00301-CR

**WALTER ALLEN SETZCO,**

                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                            **Appellee**

---

**From the County Court at Law**
**Navarro County, Texas**
**Trial Court No. C41104-CR**

---

## MEMORANDUM OPINION

---

Appellant, Walter Allen Setzco, was convicted by a jury of the offense of assault family violence with a prior conviction. *See* TEX. PENAL CODE ANN. § 22.01(b)(2)(A). The trial court certified Setzco's right of appeal and, on May 9, 2022, signed the judgment of conviction. More than four months later, on September 13, 2022, Setzco filed his notice of appeal challenging his May 9, 2022 conviction. Setzco included with his notice of appeal a "Motion for Permission for Out of Time Appeal."

In his "Motion for Permission for Out of Time Appeal," Setzco recognizes that his notice of appeal is untimely and requests that this Court grant him an out-of-time appeal. *See* Tex. R. App. P. 26.2(a)(1) ("The notice of appeal must be filed . . . within 30 days after the day sentence is imposed or suspended in open court, or after the day the trial court enters an appealable order."); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) ("A timely notice of appeal is necessary to invoke a court of appeals' jurisdiction). We lack original habeas-corpus jurisdiction and, thus, have no authority to grant an out-of-time appeal. *See Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (explaining that an application for writ of habeas corpus under article 11.07 of the Texas Code of Criminal Procedure governs out-of-time appeals from felony convictions); *Parr v. State*, 206 S.W.3d 143, 144-45 (Tex. App.—Waco 2006, no pet.); *Ashorn v. State*, 77 S.W.3d 405, 409 (Tex. App.—Houston [1st Dist.] 2002, pet. ref'd); *see also Ex parte Sanders*, No. 05-20-00729-CR, 2021 Tex. App. LEXIS 2253, at *3 (Tex. App.—Dallas Mar. 24, 2021, no pet.) (mem. op., not designated for publication).

Accordingly, we dismiss Setzco's appeal for want of jurisdiction.



STEVE SMITH
Justice

Before Chief Justice Gray
      Justice Johnson, and
      Justice Smith

Appeal dismissed

Opinion delivered and filed September 21, 2022

Do not publish

[CR25]

